IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALPHONSO ALEXANDER JACKSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:18-cv-2187-K-BN |
| | § | |
| ROUNDPOINT MORTGAGE SERVICING CORPORATION, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated May 21, 2020 [Dkt. No. 24], and Plaintiff's Objections [Dkt. No. 25]. The District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are OVERRULED, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**SO ORDERED.**

**Signed June 17, 2020.**

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE